ment.    December 31, 1913.)    Action by Ig. Roth, Incorporated, against Rebecca Rosenthal. No opinion.  Motion granted.  See, also, 144 N. Y. Supp. 963.

INGRAHAM, Respondent, v. TOWN OF THURMAN, Appellant.  (Supreme Court, Appellate Division, Third Department.  January 21, 1914.)   Action by William A. Ingraham against the Town of Thurman.  No opinion. Order affirmed, with $10 costs and disbursements.

JACOBS, Appellant, v. WEEKS et al., Respondents.   (Supreme Court, Appellate Division, First Department.  January 30, 1914.) Action by E. Louis Jacobs against Jacob C. Weeks and others.  E. & F. Hedges, of New York City, for appellant.  A. Van Dewater and F. M. Van Nostrand, both of New York City, for respondents.  No opinion.  Judgment affirmed, with costs.  Order filed.

JONES, Respondent, v. BEAVER NAT. BANK, Appellant. (Supreme Court, Appellate Division, First Department.  January 23, 1914.) Action by John B. Jones against the Beaver National Bank.  S. J. Beron, for appellant.  M. M. Wyvell, of New York City, for respondent.
    PER CURIAM.  Judgment and order affirmed, with costs.  See 150 App. Div. 145, 134 N. Y. Supp. 776.  Order filed.
    McLAUGHLIN and SCOTT, JJ., dissent, on dissenting opinion on former appeal.

KANOBROCKI v. CHROME STEEL WORKS.  (Supreme Court, Appellate Division, First Department.  January 30, 1914.)  Action by Joseph Kanobrocki against the Chrome Steel Works.  No opinion.  Application denied, with $10 costs.  Order signed.

KAPINOS, Respondent, v. FULD & HATCH KNITTING CO., Appellant.  (Supreme Court, Appellate Division, Third Department.  January 7, 1914.)  Action by Joseph Kapinos, an infant, by Stanley Kapinos, his guardian ad litem, against the Fuld & Hatch Knitting Company.  No opinion.  Judgment and order unanimously affirmed, with costs.

KASCIELNIAK, Appellant, v. PENNSYLVANIA R. CO., Respondent.  (Supreme Court, Appellate Division, Fourth Department.  January 7, 1914.)  Action by Joseph Kascielniak against the Pennsylvania Railroad Company. No opinion.  Appeal dismissed, without costs, upon stipulation filed.

KELLEY, Respondent, v. WILLSEA WORKS, Appellant.  (Supreme Court, Appellate Division, Fourth Department.  November 26, 1913.)  Action by John L. Kelley against the Willsea Works.  No opinion.  Order reversed, with $10 costs and disbursements to ap-

pellant to abide event, and motion granted, with $10 costs to appellant to abide event.

KEMPLER v. SALTZER et al.  (Supreme Court, Appellate Division, Second Department. February 6, 1914.)  Action by Philip Kempler against Michael J. Saltzer and another.  No opinion.  Motion for stay granted, conditioned upon the defendants filing, within five days after the entry of the order, a bond for $1,000 to secure any judgment that may be rendered against them.  Settle order before Mr. Justice Thomas.

KENNEDY, Respondent, v. T. A. GILLESPIE CO., Appellant.  (Supreme Court, Appellate Division, Fourth Department.  December 3, 1913.)  Action by John Kennedy against the T. A. Gillespie Company.  No opinion.  Judgment and order affirmed, with costs.

KENT, Respondent, v. McKEOUGH et al., Appellants.  (Supreme Court, Appellate Division, Fourth Department.  January 14, 1914.) Action by Charles S. Kent against George F. McKeough and others.  No opinion.  Motion granted, and appeal dismissed, with costs.

KEVE v. COLUMBIA KID HAIR CURLERS MFG. CO.  (Supreme Court, Appellate Division, First Department.  January 16, 1914.) Action by Max Keve against the Columbia Kid Hair Curlers Manufacturing Company.  No opinion.  Motion granted, and case set down on calendar for the first Tuesday in February. Settle order on notice.  See, also, 144 N. Y. Supp. 961; 145 N. Y. Supp. 1072.

KIAH, Appellant, v. RUTLAND R. CO., Respondent.  (Supreme Court, Appellate Division, Third Department.  January 7, 1914.) Action by Henry F. Kiah against the Rutland Railroad Company.  No opinion.  Judgment and order unanimously affirmed, with costs.

KILSHEIMER v. KENDAL et al.  (Supreme Court, Appellate Division, Second Department.    February 6, 1914.)    Action by James B. Kilsheimer, Jr., against Louis Kendal and others.  No opinion.  Motion denied, with $10 costs.  See, also, 144 N. Y. Supp. 1123.

KIMBARK v. WALDEMAR CO. et al. (two cases).  (Supreme Court, Appellate Division, First Department.  January 30, 1914.)  Action by Elmer M. Kimbark against the Waldemar Company and others.  No opinions.  Motions to dismiss appeals granted, with $10 costs, unless appellant complies with terms stated in orders.  Orders filed.

KIMMERLE, Respondent, v. CAREY PRINTING CO., Appellant.  (Supreme Court, Appellate Division, Second Department.  January 23, 1914.)  Action by George Kimmerle